568

469 A.2d 282

Commonwealth v. Fetters, Appellant.

Submitted March 3, 1983. Daniel McGee, Public Defender, for appellant; Robert Allan Mix, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.

469 A.2d 282

Commonwealth v. Muroski.

Appeal of James Page.

Submitted September 21, 1983. James Page, appellant, in propria persona; Joseph Giebus, Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, JOHNSON and CERCONE, JJ.

Order affirmed.